# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| n13 | E1383707 | Miller | 2830 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 09-06-2022 1012 | 36 CFR 4.22b1 |

Place of Offense: Mny Glacier Rd

Offense Description: Factual Basis for Charge — HAZMAT ☐

unsafe operation

### DEFENDANT INFORMATION

Last Name: Sdachs
First Name: John

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| FDC9247 | TX | 07 | Hyundai Azure | | Blk |

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: Community Building, West Glacier MT
Date: 09/30/22
Time: 0900

X Defendant Signature

*E1383707*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Sept 06, 20 22 while exercising my duties as a law enforcement officer in the District of Montana

See Attached

The foregoing statement is based upon:
☑ my personal observation   ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/06/2022   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver license; CMV = Commercial vehicle involved in incident